## MOTION DOCKET

**89-1807.** Morris v. Savoy. Certified Ques-

tion of State Law, No. C-883649-A. On motion for leave to file *amicus* of National Spinal Cord Injury Association. Motion granted.

Moyer, C.J., dissents.